# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE  CHERRY                    :              CIVIL ACTION

      vs.

CITY OF PHILADELPHIA               :                 02-4065

## O R D E R

BEFORE  **HONORABLE  MARVIN  KATZ,**

      AND NOW, this 25th day of  OCTOBER,  2002,  it is  **ORDERED** that this case is fixed for a  CIVIL  JURY  TRIAL  to commence on  __JANUARY   13,   2003__ __at   10:00 AM__  before the HONORABLE MARVIN KATZ, in Courtroom **13-B, 13th floor**, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

ATTEST:                    or        BY  THE  COURT:

By: _____        _____
    Elizabeth M. Purnell,                    MARVIN   KATZ,   S. J.
    Courtroom Deputy Clerk

Faxed:  10/25/02
    D. Elmore,Esq.
    CL. Diaz, Esq.