IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA CHERRY,**<br>    **Plaintiff,**<br><br>   v.<br><br>**CITY OF PHILADELPHIA,**<br>    **Defendant.** | **CIVIL ACTION NO. 02-4065** |

**O R D E R**

      **AND NOW,** this 3rd day of December, 2002, upon consideration of Plaintiff's Motion for Extension of Time to Conduct Pretrial Procedures, it is **ORDERED** that said Motion is **DENIED**. This case is listed for trial on January 13, 2003 pursuant to the court's Order of October 25, 2002. Discovery may continue until the trial.

                                                **BY THE COURT:**

                                                **MARVIN KATZ, S.J.**