IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA CHERRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 02-4065 |

**O R D E R**

   AND NOW, this 6th day of December, 2002, IT IS HEREBY ORDERED that the settlement conference in the above captioned matter previously scheduled for Thursday, December 5, 2002, IS RESCHEDULED to be held before the Hononorable Jacob P. Hart, on **FRIDAY, DECEMBER 13, 2002, at 10:00 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

                           DEBORAH FETTERS
                      DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:            Copies mailed to:
 D. Elmore; L. Diaz