IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA CHERRY,**<br>　　　Plaintiff,<br><br>　　　v.<br><br>**CITY OF PHILADELPHIA,**<br>　　　Defendant. | **CIVIL ACTION NO. 02-4065** |

## O R D E R

**AND NOW,** this 16th day of December, 2002 it is hereby **ORDERED** that the court's Order of September 4, 2002 is amended as follows:

1. Plaintiff's pretrial memorandum as described in ¶ 3 of such Order, trial brief as described in ¶ 5 of such Order, and points for charge as described in ¶¶ 6 and 8 shall be submitted by **December 30, 2002;**

2. Defendant's pretrial memorandum as described in ¶ 4 of such Order, trial brief as described in ¶ 5 of such Order and points for charge as described in ¶¶ 6 and 8 shall be submitted by **January 6, 2003;**

3. Jury questions (i.e., verdict sheet) as described in ¶ 6 of such Order and any submissions with respect to uncontested facts as described in ¶ 9 shall be submitted by **January 6, 2003.**

BY THE COURT:

_____
**MARVIN KATZ, S.J.**