IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA CHERRY,**<br>　　　Plaintiff,<br><br>　　　v.<br><br>**CITY OF PHILADELPHIA,**<br>　　　Defendant. | **CIVIL ACTION NO. 02-4065** |

**O R D E R**

**AND NOW,** this 9th day of January, 2003, upon consideration of the Plaintiff's Motion to Strike and for Entry of Default Judgment, it is hereby **ORDERED** that said Motion is **DENIED** as moot.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**MARVIN KATZ, S.J.**